CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

5/9/19
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **JOHNNY RAY BLEVINS,**<br>Plaintiff, | Civil Action No. 1:16cv00025 |
| v. | **ORDER** |
| **NANCY A. BERRYHILL,**<br>**Acting Commissioner of**<br>**Social Security,**<br>Defendant. | By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed April 23, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**; and

2. Attorney's fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $4,575.00.

ENTER: _May 8_ 2019.

United States District Judge